No. 04–805. TEXACO INC. *v.* DAGHER ET AL. C. A. 9th Cir.; and
No. 04–814. SHELL OIL CO. *v.* DAGHER ET AL. C. A. 9th Cir. The Acting Solicitor General is invited to file a brief in these cases expressing the views of the United States.

·No. 04–637. BRADSHAW, WARDEN *v.* STUMPF. C. A. 6th Cir. [Certiorari granted *sub nom. Mitchell, Warden* v. *Stumpf, ante,* p. 1042.] Motion of respondent for appointment of counsel granted. Alan M. Freedman, Esq., of Evanston, Ill., is appointed to serve as counsel for respondent in this case.

No. 04–6964. JOHNSON *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. [Certiorari granted, *ante,* p. 1042.] Motion of petitioner ·for appointment of counsel granted. Stephen B. Bedrick, Esq., of Oakland, Cal., is appointed to serve as counsel for petitioner in this case.

No. 04–6715. HALL *v.* MILLER. Sup. Ct. Ky. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1034] denied.

No. 04–6768. FAN *v.* NAG ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1034] denied.

No. 04–7302. HOOD *v.* BECK ET AL. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1044] denied.

No. 04–7314. OKORO *v.* HEMINGWAY, WARDEN. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1044] denied.

No. 04–7399. MCCONICO *v.* CITY OF BIRMINGHAM, ALABAMA, ET AL. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1044] denied.